IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALBUQUERQUE PUBLIC SCHOOLS,

    Plaintiff,                                Case 1:19-cv-1126 KG/JHR

v.

AGATHA AND MALCOM COOPER,
as parents of Student,

    Defendants.

## ORDER DISMISSING WITH PREJUDICE

This matter came before the Court on an Unopposed Motion to Dismiss all claims with Prejudice. The Court, having considered the Unopposed Motion and being otherwise fully informed, FINDS that all claims were resolved through mediation; following a Fairness Hearing and consideration of the Report and Supplement by the duly appointed Guardian *ad Litem*, this Court approved the settlement agreement; and the Unopposed Motion should be granted.

It is ORDERED that the above-captioned proceeding is hereby dismissed with prejudice in its entirety.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

WALSH GALLEGOS TREVIÑO KYLE & ROBINSON P.C.

By: */s/ Evelyn Howard-Hand*
EVELYN N. HOWARD-HAND
New Mexico State Bar No. 14401
500 Marquette Avenue NW, Suite 1310
Albuquerque, NM 87102-5316
Telephone: (505) 243-6864
Facsimile: (505) 843-9318

ATTORNEYS FOR PLAINTIFF

STEVEN GRANBERG, ATTY. AT LAW
*/s/ Gail Stewart*
By: _____
Gail Stewart
STEVEN GRANBERG, ATTY. AT LAW
3800 Osuna NE, Suite 1
Albuquerque, NM 87109
Email: gstewart@66law.com

ATTORNEYS FOR DEFENDANTS